ACCEPTED
03-14-00713-CV
5685908
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/15/2015 6:01:05 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00713-CV

# In the Court of Appeals
## for the Third Judicial District
## Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/15/2015 6:01:05 PM
JEFFREY D. KYLE
Clerk

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL
OF THE STATE OF TEXAS
*Appellants*,

v.

CGG VERITAS SERVICES (U.S.), INC.,
*Appellee.*

On Appeal from the
353rd Judicial District Court of Travis County, Texas

## NOTICE OF DESIGNATION OF LEAD APPELLATE COUNSEL

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 6.1(c), please note that Assistant Solicitor General Joseph D. Hughes is now lead appellate counsel for Appellants, Glenn Hegar and Ken Paxton. Mr. Hughes is substituting for Assistant Solicitor General April L. Farris, who is leaving the Attorney General's Office. Assistant Attorney General Autumn Hamit Patterson is also being added as appellate counsel for Appellants. Please send all further communications relating to this appeal to Joseph D. Hughes, Office of the Attorney General, Solicitor General's Division, P.O. Box 12548 (MC 059), Austin,

1

Texas 78711-2548, (512) 936-1729 (telephone), (512) 474-2697 (facsimile), jody.hughes@texasattorneygeneral.gov.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General


/s/ April L. Farris
APRIL L. FARRIS
Assistant Solicitor General
State Bar No. 24069702

/s/ Joseph D. Hughes
JOSEPH D. HUGHES
Assistant Solicitor General
State Bar No. 24007410

AUTUMN HAMIT PATTERSON
Assistant Attorney General
State Bar No. 24092947

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700
(512) 474-2697
april.farris@texasattorneygeneral.gov

*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the clerk of the court and served by File&Serve Xpress on June 15, 2015, upon:

Amanda Taylor
MARTENS TODD LEONARD & TAYLOR
301 Congress Ave., Suite 1950
Austin, Texas 78701
ataylor@textaxlaw.com
Tel: (512) 542-9898
Fax: (512) 542-9899

*Lead Counsel for CGG Veritas Services (U.S.), Inc.*

/s/ April L. Farris
APRIL L. FARRIS
*Counsel for Appellants*